No. 2683.—EL PUEBLO, apldo., v. OLIVER CUVELJÉ, aplte. —C. D. Ponce, Sala Segunda. Mayo 3, 1926. Confirmada la sentencia apelada por estimarse que no existen los errores alegados por el apelante, pues la denuncia es bastante, y no habiendo dado crédito la corte inferior a la prueba de la defensa, la de la acusación es suficiente para sostener la sentencia.

No. 2676.—EL PUEBLO, apldo., v. FERRER, aplte.—C. D. Ponce, Sala Segunda. Adulteración de leche. Mayo 3, 1926. Revocada la sentencia apelada por aparecer que la apelante fué acusada de haber vendido leche adulterada y condenada por el delito de adulteración de leche, no constando en la transcripción del récord taquigráfico prueba alguna tendente a demostrar el hecho de la venta que se imputa a la apelante.